IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | | |
|---|---|---|
| Wal-Mart Stores, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Civil Action No. 7:08-00214-RBH |
| | ) | |
| Shannon, Strobel & Weaver Constructors, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR PROTECTION**

Counsel for defendant appeared before the Court requesting protection for July 28 through August 1, 2008 due to a family vacation planned during these dates.

IT IS, THEREFORE, HEREBY ORDERED that the protection request be granted.

June 9, 2008                               S/ R. Bryan Harwell
                                           The Honorable R. Bryan Harwell
Florence, SC                               United States District Judge